

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

February 26, 2025

**BY EMAIL and HAND**
The Honorable Victoria Reznik
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Ismael Samayoa-Corado*, 25 Cr. 64 (VB)

Dear Judge Reznik:

    The Government writes respectfully to request that the Court unseal the Indictment in the above-captioned matter.

Sincerely,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____
Jorja N. Knauer
Assistant United States Attorney
Southern District of New York
(914) 993-1919

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
February 26, 2025

cc: Benjamin Gold, Esq., *Counsel for Defendant*